IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GAYE LYNN DILEK BREWER,

    Petitioner,

v.                                          CASE NO. 3:15-cv-550-LC-GRJ

ESCAMBIA COUNTY
SHERIFF'S DEPARTMENT,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 18, 2016 (ECF No. 7), recommending that the Petition be dismissed because the Petitioner is not in custody pursuant to a judgment by a state court, seeks an inappropriate form of relief under 28 U.S.C. § 2254, and failed to prosecute and comply with the Court's orders. Petitioner has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Petitioner has filed what the Court liberally construes as objections to the Report and Recommendation. (ECF No. 8.)  I have made a *de novo* determination of the objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and

Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (ECF No. 1) is **DISMISSED.**

3. A certificate of appealability is **DENIED.**

**ORDERED** this 18th day of March, 2016.

  *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**